In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00135-CV
_____

IN THE INTEREST OF G.R.D.

On Appeal from the County Court at Law No. 3
Montgomery County, Texas
Trial Cause No. 18-05-06362

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss this appeal. This motion is voluntarily made by appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 21, 2019
Opinion Delivered August 22, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.

1